# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ALFREDO RENTERIA,<br><br>           Petitioner,<br><br>    v.<br><br>LARRY H. SMALLS, Warden,<br><br>           Respondent. | Case No. EDCV 09-1582-RGK (JEM)<br><br>**J U D G M E N T** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied, and this action is dismissed with prejudice.

DATED: May 6, 2010

                                            R. GARY KLAUSNER
                                    UNITED STATES DISTRICT JUDGE